IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JIMMY R. STORMANT, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 17-2321 |
| TYBURN RAILROAD LLC, *Defendant.* | : : : | |

## ORDER

**AND NOW**, this **14th** day of **February 2019**, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 15), Plaintiff's Response thereto (ECF No. 16), and Defendant's Reply (ECF No. 20), it is hereby **ORDERED** and **DECREED** that Defendant's Motion for Summary Judgment (ECF No. 15) is **DENIED**.

BY THE COURT:

_____
CHAD F. KENNEY, JUDGE

1